# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joseph Brian Tarleton,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                       3:08-cv-483

Ricky Anderson,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2012 Order.

                                          Signed: January 19, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court